# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COTTON INTERNATIONAL, INC.,<br><br>-v-<br>WESTIN ST. JOHN HOTEL CO., INC., BAY VISTA OWNERS ASSOCIATION, INC., SUNSET BAY CONDOMINIUM ASSOCIATION, LLC, SUNSET BAY VACATION OWNERS ASSOCIATION, LLC, and WESTIN VACATION MANAGEMENT COMPANY,<br><br>Plaintiff,<br>Defendant. | Case No. 1:21-cv-02099<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Westin Vacation Management Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Marriott Vacations Worldwide Corporation ("MVW") is a publicly held company. MVW is the ultimate parent company for Defendant Westin Vacation Management Company. As of June 1, 2021, Blackrock, Inc. is the only publicly traded company that owns 10% or more of the stock in MVW.

**Date:** June 1, 2021

*/s/ Todd C. Norbitz*

**Signature of Attorney**

**Attorney Bar Code:** 2391472

Form Rule7_1.pdf   SDNY Web 10/2007