UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COTTON INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WESTIN ST. JOHN HOTEL CO., INC., BAY VISTA OWNERS ASSOCIATION, INC., SUNSET BAY CONDOMINIUM ASSOCIATION, LLC, SUNSET BAY VACATION OWNERS ASSOCIATION, LLC, and WESTIN VACATION MANAGEMENT COMPANY,<br><br>Defendants. | Case No.: 21-2099 (JGK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby file this Notice of Appearance as counsel to defendants Sunset Bay Condominium Association, LLC and Sunset Bay Vacation Owners Association, LLC in the above-captioned action. Hereafter, please direct all future pleadings, Court papers, Orders, and/or correspondence to the undersigned at the offices and addresses stated below.

Dated: June 1, 2021

Respectfully submitted,

/s/ James J. McGuire
James J. McGuire
S.D.N.Y. No. JM5390
James Valvano
S.D.N.Y. No. JV0542
GREENSPOON MARDER LLP
590 Madison Avenue, Suite 1800
New York, NY 10022
Tel: (212) 524-5000
Fax: (212)-524-5050
E-Mail: james.mcguire@gmlaw.com
E-Mail: james.valvano@gmlaw.com
*Counsel to Sunset Bay Condominium Association, LLC and Sunset Bay Vacations Owners Association, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on June 1, 2021, I electronically transmitted the foregoing Notice of Appearance to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing which will send notification of such filing to all attorneys of record.

/s/ James J. McGuire
James J. McGuire, Esq.