UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COTTON INTERNATIONAL, INC.,<br><br>          Plaintiff,<br><br>      v.<br><br>WESTIN ST. JOHN HOTEL CO., INC., BAY VISTA OWNERS ASSOCIATION, INC., SUNSET BAY CONDOMINIUM ASSOCIATION, LLC, SUNSET BAY VACATION OWNERS ASSOCIATION, LLC, and WESTIN VACATION MANAGEMENT COMPANY,<br><br>          Defendants. | Case No.: 21-2099 (JGK) |

## **CORPORATE DISCLOSURE STATEMENT**

      Defendants Sunset Bay Condominium Association, LLC and Sunset Bay Vacation Owners Association, LLC hereby state, pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, that, to the best of their present knowledge, their respective members are the owners of both of said two entities.  In addition, to the best of their present knowledge, no publicly held corporation owns 10% or more of an interest in either entity.

Dated: June 1, 2021
                                                                     Respectfully submitted,

                                                                     */s/ James J. McGuire*
                                                                     James J. McGuire
                                                                     S.D.N.Y. No. JM5390
                                                                     James Valvano
                                                                     S.D.N.Y. No. JV0542
                                                                     GREENSPOON MARDER LLP
                                                                     590 Madison Avenue, Suite 1800
                                                                     New York, NY 10022
                                                                     Tel: (212) 524-5000
                                                                     Fax: (212)-524-5050
                                                                     E-Mail: james.mcguire@gmlaw.com
                                                                     E-mail: james.valvano@gmlaw.com
                                                                     *Counsel to Sunset Bay Condominium*
                                                                     *Association, LLC and Sunset Bay*
                                                                     *Vacations Owners Association, LLC*

## **CERTIFICATE OF SERVICE**

 I certify that on June 1, 2021, I electronically transmitted the foregoing Corporate Disclosure Statement to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing which will send notification of such filing to all attorneys of record.

<u>/s/ James J. McGuire</u>
James J, McGuire, Esq.