# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

COTTON INTERNATIONAL, INC.,

Plaintiff,

-v-

WESTIN ST. JOHN HOTEL CO., INC., BAY VISTA OWNERS ASSOCIATION, INC., SUNSET BAY CONDOMINIUM ASSOCIATION, LLC, SUNSET BAY VACATION OWNERS ASSOCIATION, LLC, and WESTIN VACATION MANAGEMENT COMPANY,

Defendant.

Case No. 1:21-cv-02099

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Westin Vacation Management Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Marriott Vacations Worldwide Corporation ("MVW") is a publicly held company. MVW is the ultimateparent company for Defendant Westin Vacation Management Company. As of June 1, 2021, Blackrock,Inc. is the only publicly traded company that owns 10% or more of the stock in MVW.

**Date:** June 1, 2021

*/s/ Todd C. Norbitz*

**Signature of Attorney**

**Attorney Bar Code:** 2391472