UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COTTON INTERNATIONAL, INC.,

               Plaintiff,

- against -

WESTIN ST. JOHN HOTEL CO. ET AL.,

               Defendants.

---

21-cv-2099 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff will file an amended complaint by July 2, 2021. The defendants will move or answer by July 23, 2021. If the defendants move, the plaintiff will respond by August 6, 2021, and the defendants will reply by August 16, 2021.

    The parties should exchange Rule 34 requests by July 30, 2021.

    The parties will file a revised Rule 26(f) report by September 24, 2021.

SO ORDERED.

Dated:    New York, New York
            June 15, 2021

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2021