UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COTTON INTERNATIONAL, INC.,           21-cv-2099 (JGK)

         Plaintiff,                    ORDER

     - against -

WESTIN ST. JOHN HOTEL CO., INC. ET AL.,

         Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with courtesy hard copies of the papers filed in connection with the defendant's motion to dismiss. See Individual Practice II.C.

SO ORDERED.

Dated:     New York, New York
           September 23, 2021

                                       /s/ John G. Koeltl
                                       John G. Koeltl
                                  United States District Judge