UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COTTON INTERNATIONAL, INC.,

           Plaintiff,

  - against -

WESTIN ST. JOHN HOTEL CO., INC., ET AL.,

           Defendants.

21-cv-2099 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court will hold oral argument on the defendants' motion to dismiss on October 13, 2021 at 1:30 p.m. The parties may access the oral argument using the following dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            September 30, 2021

                                            /s/ John G. Koeltl
                                          John G. Koeltl
                                     United States District Judge